No. 78–550. FREZZELL v. UNITED STATES. Ct. App. D. C.

No. 78–5004. MANGAN v. UNITED STATES; and
No. 78–5025. MANGAN v. UNITED STATES. C. A. 2d Cir. Certiorari denied. Reported below: 575 F. 2d 32.

No. 78–5035. JOHNSON v. OHIO. Ct. App. Ohio, Greene County. Certiorari denied.

No. 78–5058. WALKER v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 78–5062. PIPPEN v. UNITED STATES;
No. 78–5079. RICKS v. UNITED STATES; and
No. 78–5080. NICHOLS v. UNITED STATES. C. A. 6th Cir. Certiorari denied. Reported below: 578 F. 2d 1382.

No. 78–5070. RAMIREZ-VENEGAS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 78–5078. JOHNSTON v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 78–5099. DYE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 78–5100. SMITH v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 77–5104. TWO BULLS v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 78–5110. CRISAFI v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 78–5111. POOLE v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 78–5114. CLARK v. UNITED STATES. C. A. 9th Cir. Certiorari denied.